# Third District Court of Appeal
## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2237
Lower Tribunal No. 16-5585
_____

**Pablo Alejandro Buttice,**
Appellant,

vs.

**Carolina Julieta Rainer,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Cristobal D. Padron & Assoc. P.A., and Cristobal D. Padron, for appellant.

Filler Rodriguez, LLP, and Catherine M. Rodriguez, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.